Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
### *Probation Form 49 (Waiver of Hearing) is Attached*
### July 22, 2021

Name of Offender: **Lanard Latham**

Case Number: **2:20CR00071**

Name of Sentencing Judicial Officer: **Honorable Robert J. Jonker**

Date of Original Sentence: **June 24, 2014**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine, and 100 Grams or More of Heroin**

Original Sentence: **108 Months prison, followed by 48 Months TSR.**

Date Supervision Commenced: **February 12, 2020**

Date Jurisdiction Transferred to District of Nevada: **April 15, 2020**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Search and Seizure** – You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

   The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be

**RE: Lanard Latham**

Prob12B
D/NV Form
Rev. June 2014

searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

---

## CAUSE

On June 23, 2014, Lanard Latham was sentenced in the Western District of Michigan to 108 months imprisonment followed by four years supervised release for committing the offense of Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine, and 100 Grams or More of Heroin.  On February 12, 2020, he commenced his term of supervised release in the District of Nevada.  On April 16, 2020 jurisdiction of this case was accepted by the District of Nevada.

Due to nature of the offense and his criminal history, this officer is requesting the modification of Latham's case to include a search condition.  This modification was discussed with Latham and he has agreed and provided his signature on the attached Probation Form 49, Waiver of hearing and a copy has been attached for Your Honor's review.

It should be noted that Latham has been compliant with all conditions of supervision since the commencement and continues to be gainfully employed and has a strong positive support system.

Respectfully submitted,

Donnette Johnson
Digitally signed by Donnette Johnson
Date: 2021.07.22 16:02:33 -07'00'

Donnette Johnson
Senior United States Probation Officer

Approved:

Benjamin Johnson
Digitally signed by Ben Johnson
Date: 2021.07.22 15:18:30 -07'00'

Benjamin Johnson
Supervisory United States Probation Officer

**RE: Lanard Latham**

Prob12B
D/NV Form
Rev. June 2014

## *THE COURT ORDERS*

☐   No Action.

☐   The extension of supervision as noted above.

☑   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

----------------------------------------------------------------------------------

----------------------------------------------------------------------------------

----------------------------------------------------------------------------------

_____
Signature of Judicial Officer

_____7/22/2021_____
Date